# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHAUN MCPIKE MOFFATT

NO. 2025 KW 0776

OCTOBER 6, 2025

---

In Re:    Shaun M. Moffatt, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 15080.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

HG
TPS

**McClendon, C.J.**, concurs. <u>See</u> La. Code Crim. P. art. 930.8.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT